BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
Christine T. LeVu (State Bar #288271)
Andrew G. Ronan (State Bar #312316)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Email(s):
norm@bamlawca.com
kyle@bamlawca.com
AJ@bamlawca.com
christine@bamlawca.com
andrew@bamlawca.com

Attorneys for Plaintiff
SEANDEE GAYDEN

[*Additional counsel on following page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SEANDEE GAYDEN, an individual, on behalf of herself and on behalf of all persons similarly situated,

Plaintiff,

v.

FEDEX FREIGHT, INC., a Corporation, and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:23-cv-06560-MCS-AS

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Complaint Filed: May 23, 2023
Removal Filed: August 11, 2023

Keith A. Jacoby, Bar No. 150233
kjacoby@littler.com
Shahram Samie, Bar No. 268025
ssamie@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Fax No.: 800.715.1330

Sandra C. Isom, Bar No. 157374
scisom@fedex.com
FEDEX FREIGHT, INC.
8285 Tournament Dr.
Memphis, TN 38125-1745
Telephone: 901.434.8526
Fax No. 901.468.1726

Attorneys for Defendant
FEDEX FREIGHT, INC.

Plaintiff Seandee Gayden ("Plaintiff") and Defendant FedEx Freight, Inc. ("Defendant") (collectively, "Parties"), through their counsel of record, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with the exception of Plaintiff's representative PAGA claim, for which the Parties seek Dismissal Without Prejudice, with each party to bear its own attorneys' fees and costs.

**SO STIPULATED.**

Dated: September 3, 2024

LITTLER MENDELSON P.C.

/s/ *Shahram Samie*
Keith A. Jacoby
Shahram Samie

Attorneys for Defendant
FEDEX FREIGHT, INC.

Dated: September 3, 2024

**BLUMENTHAL NORDREHAUGH BHOWMIK DE BLOUW LLP**

/s/ *Christine LeVu*
Christine LeVu
Andrew Ronin
Charlotte James

Attorneys for Plaintiff
SEANDEE GAYDEN

I, Shahram Samie, am the ECF User whose identification and password are being used to file this Joint Stipulation and Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concurred in and authorized this filing.

/s/ *Shahram Samie*
Shahram Samie

4869-5481-1104.1 / 101044-1007

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308