UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANDEE GAYDEN, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-06560-MCS-AS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE (ECF No. 40)**<br><br>Complaint Filed: May 23, 2023<br>Removal Filed:  August 11, 2023 |

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, with the exception of the representative PAGA claim, which is dismissed without prejudice. Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 4, 2024

*[signature: Mark C. Scarsi]*

---
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE